UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEONEL TORRESE-ALICEA,

    Petitioner,

-vs-                                    Case No. 6:11-cv-730-Orl-28DAB

SECRETARY, DEPARTMENT
  OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER OF DISMISSAL

On June 3, 2011, the Court ordered Petitioner to pay the $5.00 filing fee within thirty days from the date of the Order (Doc. No. 5). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 21 day of July, 2011.

                                        JOHN ANTOON II
                                        UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 7/11
Leonel Torrese-Alicea