UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEONEL TORRESE-ALICEA,

    Petitioner,

v.                                    Case No. 6:11-cv-730-Orl-28DAB

SECRETARY, DEPARTMENT
  OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following motion:

Petitioner's Motion for Reconsideration (Doc. No. 8, filed August 11, 2011). Upon consideration, the motion is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida, this _16_ day of August, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 6/2
Leonel Torrese-Alicea